IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUJU, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 19-402-CFC |
| | ) |
| NATIVE MEDIA LLC, THOMAS | ) |
| JOSEPH SCHOLLMEYER II, | ) |
| CAROLINE E. BANKS, JOHN DOE | ) |
| CORPORATIONS 1-10, and | ) |
| JOHN and JANE DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 15th day of July, 2020, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on June 15, 2020, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 94) is adopted.

2. Defendants' motion to dismiss (D.I. 84) is granted-in-part and denied-in-part.

3. Plaintiff may file an amended complaint, on or before July 29, 2020, as to the Fifth Cause of Action only.

4. The Second, Third, Fourth, Sixth and Eight Causes of Action are dismissed with prejudice.

United States District Judge